No. 269. GEOPHYSICAL DEVELOPMENT CORPORATION ET AL. *v.* COE, COMMISSIONER OF PATENTS. October 11, 1943. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Mr. Lawrence Koenigsberger* for petitioners. *Solicitor General Fahy, Assistant Attorney General Shea,* and *Mr. Joseph Y. Houghton* for respondent.

No. 270. WALLACE *v.* DELAWARE RIVER FERRY CO. October 11, 1943. Petition for writ of certiorari to the Court of Errors and Appeals of New Jersey denied. *Mr. William C. Gotshalk* for petitioner. *Messrs. Samuel H. Richards* and *Floyd H. Bradley* for respondent.

No. 272. PARSHELSKY *v.* COMMISSIONER OF INTERNAL REVENUE. October 11, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Lawrence A. Baker* and *Henry Ravenel* for petitioner. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr.,* and *Messrs. Sewall Key, J. Louis Monarch,* and *L. W. Post* for respondent.

No. 273. IN THE MATTER OF I. WALTER MECKLEY. October 11, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Wm. A. Gray* for petitioner. *Solicitor General Fahy, Assistant Attorney General Tom C. Clark, Mr. Oscar A. Provost,* and *Miss Melva M. Graney* for the United States, in opposition.